UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TARIK FELLAH,                                    :
                                                 :
                            Plaintiff,  :
                                                 :   20-cv-6423 (JPC)
    - against -                            :
                                                 :   **ORDER**
THE CITY UNIVERSITY OF NEW YORK                  :
("CUNY"); HUNTER COLLEGE; JOSEPH                 :
FOELSCH, Hunter College Public Safety            :
Director; ROBERT LYONS, CUNY Peace               :
Officer Lieutenant, MICHELLE MILLER,             :
CUNY Peace Officer, and JOSE GUZMAN,             :
CUNY Peace Officer,                              :

                         Defendants.
-----------------------------------------------------------X

**JOHN P. CRONAN, United States District Judge:**

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). The provisions of Federal Rule of Evidence 502(b) do not apply.

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

      SO ORDERED.

2

Dated: _____, \_\_\_\_\_
      New York, New York

 

                                      **JOHN P. CRONAN**
                                      United States District Judge

The Court denies this request without prejudice.  By June 28, 2022, the parties shall file a joint letter explaining the context of this proposed order and why the proposed order is necessary.

SO ORDERED.
Date: June 21, 2022
      New York, New York

*[signature]*
JOHN P. CRONAN
United States District Judge