UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
TARIK FELLAH,                                       :
                                                    :
        Plaintiff,       :
                                                    : 20-cv-6423 (JPC)
   - against -                        :
                                                    : **ORDER**
THE CITY UNIVERSITY OF NEW YORK :
("CUNY"); HUNTER COLLEGE; JOSEPH :
FOELSCH, Hunter College Public Safety  :
Director; ROBERT LYONS, CUNY Peace  :
Officer Lieutenant, MICHELLE MILLER, :
CUNY Peace Officer, and JOSE GUZMAN,
CUNY Peace Officer,

        Defendants.
---------------------------------------------------------X

**JOHN P. CRONAN, United States District Judge:**

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). The provisions of Federal Rule of Evidence 502(b) do not apply.

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

   SO ORDERED.

Dated: July 7, 2022
       New York, New York

_____
**JOHN P. CRONAN**
United States District Judge