UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TARIK FELLAH,

                       Plaintiff,                       **ORDER**

      -against-                   **20-CV-6423 (JPC) (JW)**

CITY UNIVERSITY OF NEW YORK, *et al.*,

                       Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for settlement. Dkt. No. 99. Should the Parties wish to schedule a settlement conference, they are directed to contact Courtroom Deputy Christopher Davis via email by **March 24, 2023** at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually-agreeable dates in April and May 2023. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

SO ORDERED.

DATED:    New York, New York
                March 14, 2023

                                                           */s/ Jennifer E. Willis*
                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge