UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
TARIK FELLAH, :
:
                Plaintiff, :
: 20 Civ. 6423 (JPC) (JW)
   -v- :
: ORDER
CITY UNIVERSITY OF NEW YORK *et al.*, :
:
                Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that the parties reached a settlement on May 17, 2023. However, no stipulation of dismissal has yet been filed. If the parties have not filed a stipulation of dismissal by August 4, 2023, they shall file a status letter by that date.

      SO ORDERED.

Dated: July 21, 2023
       New York, New York

                                                      JOHN P. CRONAN
                                       United States District Judge